IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TRAVISE HULEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CIVIL ACTION NO. 5:16-CV-32 (MTT) |
| BILL MASSEE, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER

United States Magistrate Judge Stephen Hyles recommends dismissing the Plaintiff's claims against Sheriff Bill Massee for failure to state a claim. (Doc. 10). The Plaintiff has not objected to the Recommendation. The Court has reviewed the Recommendation and accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. Accordingly, the Recommendation is **ADOPTED** and made the order of this Court. The claims against Massee are **DISMISSED without prejudice**.[1]

**SO ORDERED**, this 26th day of July, 2016.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

---

[1] The Court notes that the Recommendation simply states that the claims against Massee should be dismissed, which generally connotes a dismissal with prejudice. *See Hickman v. Hickman*, 563 F. App'x 742, 743 (11th Cir. 2014). Dismissal with prejudice, however, is not appropriate here.